IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RAYMOND JOSEPH ZBYLUT,** | ) | **CASE NO. 8:10CV73** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **LIBERTY MARITIME CORP., PHILIP J. SHAPIRO, CEO, LIBERTY MARITIME CORP., JOSEPH W. MACEWEN, JASON UNDERHILL, CAPTAIN M/V LIBERTY GRACE, and UNITED STATES COAST GUARD,** | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 26th day of February, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge